## IN THE SUPREME COURT OF PENNSYLVANIA
### EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 526 EAL 2019

           Respondent    :

                             :   Petition for Allowance of Appeal
                             :   from the Order of the Superior Court

          v.                  :

                             :

KEITH DAVIS,                   :

           Petitioner      :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 16th day of March, 2020, the Petition for Allowance of Appeal is **DENIED**.